IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL LOUIS WALLACE and JENELLA R. WALLACE | : ; : | CHAPTER 13 |
| DEBTORS | : : : | CASE#: 5:18-BK-01386-RNO |

## **ORDER**

Upon consideration of the Debtors Motion To Dismiss their Chapter 13 case pursuant to 11 U.S.C.§ 1307 (b),

IT IS HEREBY ORDERED that the Debtors Bankruptcy action filed in the above be and is hereby dismissed.