United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 18-01386-HWV

Michael Louis Wallace                            Chapter 13

Jenella R. Wallace

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                           Page 1 of 7

Date Rcvd: Jul 16, 2021                      Form ID: pdf010                      Total Noticed: 119

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Louis Wallace, Jenella R. Wallace, 15 Rose Mary Dr., Tunkhannock, PA 18657-9582 |
| 5044325 | + | 360 Mortgage Group, LLC, PO Box 10869, Austin, TX 78766-1869 |
| 5066377 | + | 360 Mortgage Group, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5044326 | + | Alight Financial Services/Hewitt, PO Box 563901, Charlotte, NC 28256-3901 |
| 5044329 | + | Alpha Recovery Corp, 6912 S. Quentin St. Unit 10, Englewood, CO 80112-4531 |
| 5044330 | + | Apothaker Scian P.C., 520 Fellowship Rd., Ste. C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5044333 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 5044334 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5044339 | ++++ | CAC FINANCIAL, 2601 NW EXPRESSWAY STE 1000E, OKLAHOMA CITY OK 73112-7236 address filed with court:, CAC Financial, 2601 NW Expressway, Ste 1000 East, Oklahoma City, OK 73112 |
| 5069568 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5067377 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 5044357 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 5044368 | | Fifth Third Bank, Fifth Third Bank Bankruptcy Department, Maildrop RSCB3E/1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 5044369 | + | Financial Systems of Green Bay, PO Box 1597, Green Bay, WI 54305-1597 |
| 5044371 | + | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 5168586 | + | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5168587 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 5044372 | + | First National Commu, 102 E Drinker St, Dunmore, PA 18512-2432 |
| 5044375 | + | Fortivap/mabtc/atls, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 5044376 | + | Frederic I. Weinberg & Associates, 375 E. Elm St., Suite 210, Conshohocken, PA 19428-1973 |
| 5044378 | + | Global Receivables, PO Box 1020, Dept 806, Horsham, PA 19044-8020 |
| 5044380 | + | Hayt, Hayt & Landau, Inc., Meridian Center I, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5044383 | + | Hycite Consumer Fina, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 5044392 | + | MDJ 44-3-01, 71 Hollowcrest Rd., Ste. 1, Tunkhannock, PA 18657-6669 |
| 5044398 | + | Medical Data Systems I, 2120 15th Ave, Vero Beach, FL 32960-3436 |
| 5044401 | + | Medical Revenue Service, PO Box 938, Vero Beach, FL 32961-0938 |
| 5044403 | + | Mercantile, PO Box 9055, Williamsville, NY 14231-9055 |
| 5044404 | + | Meshoppen Volunteer Fire Co., PO Box 90, Danville, PA 17821-0090 |
| 5044410 | + | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5421010 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 5044412 | + | North Amer. Partners, PO Box 275, Glen Head, NY 11545-0275 |
| 5044413 | + | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5044422 | + | PA Department of Rev., Payment Enclosed, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5044424 | + | Paul J Hooten & Assoc., 5505 Nesconset Hwy., Ste 203, Mount Sinai, NY 11766-2029 |
| 5044428 | + | Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 5044429 | | Prothonotary of Wyoming County, Wyoming Count Courthouse, Tunkhannock, PA 18657 |
| 5044431 | + | RLG, 409 Lackawanna Ave., Ste. 320, Scranton, PA 18503-2062 |

| | | |
|---|---|---|
| 5044430 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 5044432 | + | Robert N. Polas, Jr., Esq., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 5044434 | + | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 5044433 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 5100337 | | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5100338 | | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675, Shellpoint Mortgage Servicing, P.O. Box 10675 Greenville, SC 29603-0675 |
| 5070056 | + | The Bank of Missouri d/b/a Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5044453 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 5044454 | + | Trac/CBCD/Citicorp, Citicorp Credit/Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 5044455 | + | Transworld Systems Inc., PO Box 15095, Wilmington, DE 19850-5095 |
| 5044457 | + | Usaa Svg Bk, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5044467 | | Wells Fargo Home Mor, Attn: Bankruptcy, Mac X7801-014 3476 Stateview Blvd, Fort Mill, SC 29715 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 16 2021 18:49:15 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 18:50:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| 5044331 | + | Email/Text: bnc-aquafinance@quantum3group.com | Jul 16 2021 18:50:00 | Aqua Finance Inc, 1 Corporate Dr, Wausau, WI 54401-1724 |
| 5044332 | + | Email/Text: bk@avant.com | Jul 16 2021 18:50:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 5044340 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 16 2021 18:49:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5044346 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 16 2021 18:49:08 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5059166 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 16 2021 18:49:23 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5046813 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 16 2021 18:49:15 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5062764 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 16 2021 18:49:15 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5044348 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2021 18:50:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 5061397 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2021 18:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5044349 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 18:49:15 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5044353 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 18:49:24 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5044354 | + | Email/Text: mediamanagers@clientservices.com | Jul 16 2021 18:50:00 | Client Services Inc., PO Box 1503, Saint Peters, MO 63376-0027 |
| 5044355 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 18:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5072984 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 18:50:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 400, Seattle, WA 98121-3132 |
| 5044356 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 18:50:00 | Comenitycapital/gmstop, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5044358 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2021 18:49:08 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5044359 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 16 2021 18:49:15 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 5044462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 19:03:11 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5044360 | + | Email/PDF: pa_dc_ed@navient.com | Jul 16 2021 18:49:23 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5044367 | + | Email/Text: mrdiscen@discover.com | Jul 16 2021 18:50:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5044370 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 16 2021 18:50:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5044374 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 16 2021 18:50:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5044377 | + | Email/Text: bankruptcy@affglo.com | Jul 16 2021 18:50:00 | Global Credit & Collection, 5440 N. Cumberland Ave., Ste. 300, Chicago, IL 60656-1486 |
| 5044384 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2021 18:50:00 | Internal Revenue Service, PO Box 37910, Hartford, CT 06176-7910 |
| 5044350 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 16 2021 18:49:23 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5044385 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2021 18:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5088505 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 18:49:23 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5088506 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 18:49:15 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 5072361 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 18:49:24 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5072362 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 18:49:23 | LVNV Funding, LLC its successors and assigns as, assignee of AMPLIT Grantor Trust 2015-A, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5044387 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 18:49:15 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 5044386 | + | Email/Text: bk@lendingclub.com | Jul 16 2021 18:50:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 5044389 | | Email/Text: camanagement@mtb.com | Jul 16 2021 18:50:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5044390 | | Email/Text: camanagement@mtb.com | Jul 16 2021 18:50:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 5044391 | + | Email/Text: bknotices@mbandw.com | Jul 16 2021 18:50:00 | McCarthy, Burgess & Wolff, 26000 Cannon Rd., Cleveland, OH 44146-1807 |
| 5044405 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 18:50:00 | Midland Credit Management, Inc., Po Box 51319, Los Angeles, CA 90051-5619 |
| 5044406 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 16 2021 18:50:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 5064066 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 18:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5044408 | + | Email/PDF: pa_dc_claims@navient.com | Jul 16 2021 18:49:15 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5073215 | | Email/PDF: pa_dc_ed@navient.com | Jul 16 2021 18:49:08 | Navient Solutions, LLC obo the dept of education, Navient Solutions, LLC obo, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5044426 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 18:49:23 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 5044425 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 18:49:15 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5044427 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 18:49:15 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 5045349 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 16 2021 18:49:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5044423 | + | Email/Text: paparalegals@pandf.us | Jul 16 2021 18:50:00 | Patenaude & Felix, 501 Corporate Dr., Southpointe Center, Ste. 205, Canonsburg, PA 15317-8584 |
| 5046417 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5061229 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 18:50:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 5068760 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 18:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5068761 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 18:50:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5069519 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 18:50:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5155874 | + | Email/Text: bncmail@w-legal.com | Jul 16 2021 18:50:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S. 98121-3132 |
| 5155873 | + | Email/Text: bncmail@w-legal.com | Jul 16 2021 18:50:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 5044435 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:22 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5044437 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:08 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044439 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:08 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044442 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:08 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044445 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:14 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044446 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5044447 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:08 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044450 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:14 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5044451 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:22 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044452 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 18:49:23 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5073045 | + | Email/Text: bncmail@w-legal.com | Jul 16 2021 18:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5072913 | + | Email/Text: bncmail@w-legal.com | Jul 16 2021 18:50:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5044456 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 16 2021 18:50:00 | Us Bank Home Mortgage, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 5044463 | | Email/Text: membersolutions@visionsfcu.org | Jul 16 2021 18:50:00 | Visions Fcu, 24 Mckinley Av, Endicott, NY 13760 |
| 5052149 | | Email/Text: membersolutions@visionsfcu.org | Jul 16 2021 18:50:00 | Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |
| 5044465 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 16 2021 18:50:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 70

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5044328 | *+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 5044335 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5044336 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5044337 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5044338 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5044341 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5044342 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5044343 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5044344 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5044345 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5044347 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5044361 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5044362 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5044363 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5044364 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5044365 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5044366 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 5044373 | *+ | First National Commu, 102 E Drinker St, Dunmore, PA 18512-2432 |
| 5044381 | *+ | Hayt, Hayt & Landau, Inc., Meridian Center I, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5044382 | *+ | Hayt, Hayt & Landau, Inc., Meridian Center I, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5044351 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5044352 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5044388 | *+ | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 5044393 | *+ | MDJ 44-3-01, 71 Hollowcrest Rd., Ste. 1, Tunkhannock, PA 18657-6669 |

| | | |
|---|---|---|
| 5044394 | *+ | MDJ 44-3-01, 71 Hollowcrest Rd., Ste. 1, Tunkhannock, PA 18657-6669 |
| 5044395 | *+ | MDJ 44-3-01, 71 Hollowcrest Rd., Ste. 1, Tunkhannock, PA 18657-6669 |
| 5044396 | *+ | MDJ 44-3-01, 71 Hollowcrest Rd., Ste. 1, Tunkhannock, PA 18657-6669 |
| 5044397 | *+ | MDJ 44-3-01, 71 Hollowcrest Rd., Ste. 1, Tunkhannock, PA 18657-6669 |
| 5044400 | *+ | Medical Data Systems I, 2120 15th Ave, Vero Beach, FL 32960-3436 |
| 5044399 | *+ | Medical Data Systems I, 2120 15th Ave, Vero Beach, FL 32960-3436 |
| 5044402 | *+ | Medical Revenue Service, PO Box 938, Vero Beach, FL 32961-0938 |
| 5044407 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 5044411 | *+ | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5044409 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5044414 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5044415 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5044416 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5044417 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5044418 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5044419 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5044420 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5044421 | *+ | P & G Mehoopany Efcu, 15 Lane Hill Rd, Tunkhannock, PA 18657-5525 |
| 5063590 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5044436 | *+ | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5044438 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044440 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044441 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044443 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044444 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044448 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5044449 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5073044 | *+ | USAA SAVINGS BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5072983 | *+ | USAA SAVINGS Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5044458 | *+ | Usaa Svg Bk, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5044459 | *+ | Usaa Svg Bk, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5044460 | *+ | Usaa Svg Bk, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5044461 | *+ | Usaa Svg Bk, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5044464 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions Fcu, 24 Mckinley Av, Endicott, NY 13760 |
| 5044466 | *+ | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5073551 | ##+ | 360 Mortgage Group, 360 Mortgage Group, LLC, 11305 Four Points Drive, I-250, Austin, TX 78726-2345 |
| 5044324 | ##+ | 360 Mortgage Group,, 11305 Four Points Dr Bld, Austin, TX 78726-2345 |
| 5044327 | ##+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 5044379 | ##+ | Hayt, Hayt & Landau, Inc., 123 S. Broad St., Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 0 Undeliverable, 63 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| David William Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul P Ackourey | on behalf of Debtor 2 Jenella R. Wallace ackoureyandturel@gmail.com backourey@ackoureyandturel.com |
| Paul P Ackourey | on behalf of Debtor 1 Michael Louis Wallace ackoureyandturel@gmail.com backourey@ackoureyandturel.com |
| Raymond M Kempinski | on behalf of Creditor 360 Mortgage Group LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL LOUIS WALLACE and JENELLA R. WALLACE | CHAPTER 13 |
| DEBTORS | |
| | CASE#: 5:18-BK-01386-RNO |

## ORDER

Upon consideration of the Debtors Motion To Dismiss their Chapter 13 case pursuant to 11 U.S.C.§ 1307 (b),

IT IS HEREBY ORDERED that the Debtors Bankruptcy action filed in the above be and is hereby dismissed.

Dated: July 16, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)